United States District Court
Southern District of Texas
**ENTERED**
November 08, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RANSON R. FULLINWIDER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-16-168 |
| | § | |
| LLOYD'S REGISTER DRILLING | § | |
| INTEGRITY SERVICES, INC., | § | |
| | § | |
| Defendant. | § | |

### ORDER APPROVING SETTLEMENT, DISMISSING CASE
### WITH PREJUDICE, AND ENTERING FINAL JUDGMENT

The plaintiff, Ranson Fullinwider, filed this case on January 20, 2016 individually and on behalf of all others similarly situated. In his original complaint, Fullinwider alleged that the defendant, Lloyd's Register Drilling Integrity Services, Inc., violated the Fair Labor Standards Act of 1938, 29 U.S.C. §§ 201-219 ("FLSA"). Lloyd's Register denied the allegations, and the parties conducted discovery. Following the discovery and settlement negotiations, the parties reached a settlement. Based on the record, the court finds that this case presented a bona fide dispute under the FLSA and that the settlement was reached based on the discovery and arms-length negotiations. No collective action was certified.[1] This settlement is only as to the individual named plaintiff's claims.

The court finds and concludes that the proposed settlement is fair, adequate, and provides reasonable compensation to Mr. Fullinwider, the only plaintiff bound by the settlement. The court also finds and concludes that the attorney's fees, expenses, and costs are fair and reasonable for the work expended, based on counsel's experience and expertise, the prevailing hourly rates in the

---

[1] The motion to certify a class, Docket Entry No. 28, is moot.

2

community, and the nature of the case and the legal work it required. The motion to approve the settlement, (Docket Entry No. 30), is granted.

The settlement agreement and release may be filed under seal, but a separate copy must also be filed in the publicly accessible record of this case. That copy may be redacted only to keep confidential the settlement amount. The redacted copy must be filed in the public record of this case by November 17, 2016.

This case is dismissed with prejudice. This is a final judgment.

SIGNED on November 8, 2016, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge